UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SUBURBAN PROPANE, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENERGY NORTH INCORPORATED, ) <br> HAFFNER'S OIL COMPANY, LLC, AND ) <br> JOSHUA R. MILLER, ) <br> ) <br> ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:23-cv-00033 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Energy North Incorporated ("ENI") certifies that ENI is a Massachusetts Corporation. No publicly held corporation owns 10% or more of ENI's stock.

        Respectfully Submitted,

        /s/ *Christopher T. Hilson*
        Christopher T. Hilson, Esq.
        Donahue, Tucker, & Ciandella, PLLC
        16 Acadia Lane
        Exeter, NH 083833-4924
        Tel: (603) 778-0686
        chilson@dtclawyers.com

        Erik W. Weibust (*pro hac vice motion to be submitted*)
        Ashley Krezmien (*pro hac vice motion to be submitted*)
        Epstein, Becker & Green, P.C.
        125 High Street, Suite 2114
        Boston, MA  02110
        Tel: (617) 603-1090
        eweibust@ebglaw.com

**Dated:** January 19, 2023        *Counsel for Defendants Energy North Incorporated and Joshua Miller*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2023, the foregoing document was filed through the CM/ECF system.  The document will be sent electronically to the registered participants, and paper copies will be served via FedEx on those indicated as non-registered participants.

>Christopher B. Kaczmarek
>Littler Mendelson, P.C.
>One International Place, Suite 2700
>Boston, MA 02110
>ckaczmarek@littler.com

>/s/*Christopher T. Hilson*
>Christopher T. Hilson